UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES PATRICK SYCHOWSKI,

Plaintiff,

v. Case No. 8:26-cv-2235-JLB-GDP

JOSH SMITH, *et al*.,

Defendants.
_________________________________/

**ORDER DISMISSING CASE**

Mr. Sychowski, a federal prisoner, filed two letters: one addressed to this Court (Doc. 1) and one to the Federal Bureau of Prisons (BOP). (Doc. 1-1). In those letters, Mr. Sychowski essentially contends that his life is in danger at any United States penitentiary because of his sex offender status, and he seeks to serve the remainder of his sentence outside a BOP penitentiary.

Federal Rule of Civil Procedure 3 provides that "[a] civil action is commenced by filing a complaint with the court." Mr. Sychowski has filed papers without filing a complaint or petition alleging his claims and the relief he seeks.

Accordingly, it is **ORDERED** that:

1. This case is **DISMISSED** without prejudice to Mr. Sychowski initiating an action by filing a complaint or petition in a new case with a new case number.[1]

2. The Clerk of the Court is **DIRECTED** to send a copy of this order to Mr. Sychowski at his institution of incarceration—FCI Atlanta, 601 McDonough Blvd. SE, Atlanta, GA 30315—and close this case.

**DONE and ORDERED in Tampa, Florida, on August 14, 2026.**

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

[1] Mr. Sychowski is cautioned that this Court lacks the authority to direct the BOP as to how his sentence is carried out. *See* 18 U.S.C. § 3621(b) ("The Bureau of Prisons shall designate the place of the prisoner's imprisonment[.]"); *Tapia v. United States*, 564 U.S. 319, 331 (2011) ("A sentencing court can recommend that the BOP place an offender in a particular facility or program ... [b]ut decision making authority rests with the BOP.").